**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,** *Plaintiff,* | § | |
| **v.** | § | **MO:25-CV-00387-DC** |
| **MARK ANTHONY LARA, AN INDIVIDUAL; PAVILLON PARK RESIDENTIAL COMMUNITY, INC., A DOMESTIC NONPROFIT CORPORATION; AND UNITED STATES OF AMERICA,** *Defendants.* | § | |

**ORDER**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiff Lakeview Loan Servicing, LLC's Motion for Entry of Default.[2]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[3] No objection having been filed, the Court's review is straightforward: clear error.

---

[1] Doc. 31.
[2] Doc. 26.
[3] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Finding none, the Court **ADOPTS** the R&R and **ORDERS** that Plaintiff's Motion for Default Judgment[4] be **GRANTED**.

A separate Default Judgment will be entered.

It is so **ORDERED**.

SIGNED this 8th day of September, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[4] Doc. 26.